DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BANK OF CANADA, | Case No. 2:19-cv-7118-DDP (MAA) |
| Claimant, | |
| v. | **JUDGMENT** |
| WATERSTONE ENTERTAINMENT, LLC, | Date: October 28, 2019<br>Time: 10:00 a.m.<br>Courtroom: 9C |
| Respondent. | |

The motion of Petitioner National Bank of Canada for an Order Confirming Arbitration Award came on regularly for hearing on October 28, 2019 at 10:00 a.m., in Courtroom 9C of the above-entitled court, located at 350 West First Street, Los Angeles, California. Appearances were noted on the record.

The matter having been fully argued and considered, and proof being made to the satisfaction of the Court, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The March 28, 2019 Arbitration Award, attached as Exhibit 3 to the August 15, 2019 Petition to Confirm Arbitration Award, is hereby confirmed in full.

2. The Court enters judgment upon the Arbitration Award in favor of Petitioner and against Respondent in the amount of (a) US $1,000,000 in damages,

plus pre-judgment interest thereon in the amount of US $53,287.67; plus (b) attorney's fees and costs, in US Dollars, based on the Arbitration Award of $182,560.00 Canadian Dollars, converted to United States Dollars as of the prevailing exchange rate from Canadian Dollars to U.S. Dollars as of the date of this judgment.

3. This judgment shall accrue interest pursuant to 28 U.S.C. § 1961(a) at a rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of this judgment.

Dated: November 1, 2019

By: _____
United States District Judge

113282913

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300